*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 14-BG-1224**

IN RE:   ALLEN BRUFSKY,
                            Respondent.
**Bar Registration No.   64956**                    **BDN: 167-14**

BEFORE:   Thompson, Associate Judge, and Ferren and Farrell, Senior Judges.

## ORDER
(FILED - February 5, 2015)

On consideration of the certified order disbarring respondent from the practice of law in the state of Florida, this court's November 12, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or file an affidavit as required by D.C. Bar R. XI, §14 (g), it is

ORDERED that  Allen Brufsky is hereby disbarred from the practice of law in the District of Columbia.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement the period that must pass before one is eligible to file for reinstatement will not begin to run until such time as he files a D.C. Bar. R. XI, § 14 (g) affidavit.

## PER CURIAM